# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __23-10309__

Levi Goldfarb, et al. vs. Reliance Standard Life Ins. Co.

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellate Docketing Fee | — | — | — | — | — | 605.00 | $600.00 |
| Appellant's Brief | | X | 41 | 1 | 7 | Repro. binding 164.60 | $39.60 |
| Appendix | | X | 379 | 11 | 5 | Repro. binding 580.35 | $334.40 |
| Appellee's Brief | | | | | | | |
| Reply Brief | | X | 21 | 1 | 7 | Repro. binding, tabs 152.60 | $27.60 |
| Bond 3-16-23 | | | | | | 5,500.00 | -0- * |
| Bond 3-16-24 | | | | | | 5,500.00 | -0- * |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 12,502.55 | $ $1,001.60 |
| | | | | | | REQUESTED | ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: __s/ Joshua Bachrach__         Date Signed: __July 18, 2024__

Attorney Name: __Joshua Bachrach__         Attorney for: __Reliance Standard Life Ins. Co.__
(Type or print your name)                    (Type or print name of client)

E-mail: __joshua.bachrach@wilsonelser.com__    Phone: __215-606-3906__

Street Address/City/State/Zip: __Two Commerce Square, 2001 Market Street, Suite 3100, Philadelphia, PA 19103__

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$1,001.60__ against __Appellee__

and are payable directly to __Appellants__

David J. Smith, Clerk of Court

Issued on: _____    By: __/S/ Tresa A. Raines__    DATE: __7/22/2024__
                               Deputy Clerk

BOC Rev.: 6/17

*Not allowed in this Court

**Counsel Press Inc.**
**PO Box 65019**
**Baltimore, Maryland 21264-5019**

## Bill of Costs

**CLIENT:**       Wilson Elser Moskowitz Edelman & Dicker
                  Two Commerce Square
                  2001 Market Street, Suite 3100
                  Philadelphia, PA  19103
**ATTN:**         Joshua Bachrach

**RE:**           Levi Goldfarb v. Reliance Standard Life
**INVOICE:**      11-23074
**COURT:**        USCOA - 11th Circuit

### COURT ORDERED COPIES

| APPELLANT'S BRIEF | Copies | Units | | Price | | Extension |
|---|---|---|---|---|---|---|
| Appellant Brief Base Charge | 3 | 1 | @ | $ 125.00 | $ | 125.00 |
| Reproduction | 3 | 41 | @ | $ 0.20 | $ | 24.60 |
| Volumes Spiral Bound | | 3 | @ | $ 5.00 | $ | 15.00 |
| **REPLY BRIEF** | **Copies** | **Units** | | **Price** | | **Extension** |
| Reply Brief Base Charge | 3 | 1 | @ | $ 125.00 | $ | 125.00 |
| Reproduction | 3 | 21 | @ | $ 0.20 | $ | 12.60 |
| Volumes Spiral Bound | | 3 | @ | $ 5.00 | $ | 15.00 |
| **APPENDIX** | **Copies** | **Units** | | **Price** | | **Extension** |
| Appendix Base Charge | 3 | 1 | @ | $ 125.00 | $ | 125.00 |
| Reproduction | 3 | 379 | @ | $ 0.20 | $ | 227.40 |
| Volumes Spiral Bound | | 6 | @ | $ 5.00 | $ | 30.00 |
| Tabs | | 22 | @ | $ 3.50 | $ | 77.00 |
| Filing of Documents | | 1 | @ | $ 50.00 | $ | 50.00 |
| Shipping & Handling | | 1 | @ | $ 70.95 | $ | 70.95 |

|  |  |
|---|---|
| **SUB-TOTAL:** | $    897.55 |
| **APPLICABLE SALES TAX:** | $          - |
| **INVOICE TOTAL:** | $    897.55 |



1041 Old Cassatt Road
Berwyn, PA 19312
Phone: 610-727-5300/Fax: 610-727-5414

| Invoice # 29002 | | 1 of 1 |
|---|---|---|
| Account Number | | Date |
| RELISTA-01 | | 2/8/2024 |
| Balance Due On | | Issuing Company |
| 3/16/2024 | | Arch Insurance Co |
| Amount Paid | | Amount Due |
| | | $5,500.00 |

**Reliance Standard Life Insurance Co**
**c/o Joshua Bachrach @ Wilson Elser**
**2 Commerce Sq, 2001 Market St, Ste 3100**
**Philadelphia, PA 19103**

Please make check payable to: Simkiss & Block

| Surety Bond | | Policy Number: SU 1192720 | | Effective: 3/16/2024 to 3/15/2025 |

| Item # | Trans Eff Date | Due Date | Trans | Description | Amount |
|---|---|---|---|---|---|
| 961 | 3/16/2024 | 3/16/2024 | RENB | Reliance Standard Life Insurance Company | $4,500.00 |
| | Description: Appeal Bond | | | | |
| | BndAmt: $600,000.00 | | | | |
| | ObligeeName: Levi Goldfarb and Benjamin Goldfarb | | | | |
| 961 | 3/16/2024 | 3/16/2024 | AFEE | Agency Fee for Appeal Bond | $1,000.00 |
| | | | | **Total Invoice Balance:** | **$5,500.00** |



**1041 Old Cassatt Road**
**Berwyn, PA 19312**
**Phone: 610-727-5300/Fax: 610-727-5414**

| Invoice # 21198 | | Page 1 of 1 |
|---|---|---|
| Account Number | | Date |
| RELISTA-01 | | 3/16/2023 |
| Balance Due On | | Issuing Company |
| 3/16/2023 | | Arch Insurance Co |
| Amount Paid | | Amount Due |
| | | $5,500.00 |

**Reliance Standard Life Insurance Co**
**c/o Joshua Bachrach @ Wilson Elser**
**2 Commerce Sq, 2001 Market St, Ste 3100**
**Philadelphia, PA 19103**

Please make check payable to: Simkiss & Block

| Surety Bond | | | Policy Number: | SU 1192720 | | Effective: 3/16/2023 | to 3/15/2024 |
|---|---|---|---|---|---|---|---|

| Item # | Trans Eff Date | Due Date | Trans | Description | Amount |
|---|---|---|---|---|---|
| 703 | 3/16/2023 | 3/16/2023 | NEWB | Reliance Standard Life Insurance Company | $4,500.00 |
| | Description: Appeal Bond | | | | |
| | BndAmt: $600,000.00 | | | | |
| | ObligeeName: Levi Goldfarb and Benjamin Goldfarb | | | | |
| 703 | 3/16/2023 | 3/16/2023 | AFEE | Agency Fee for Appeal Bond | $1,000.00 |
| | | | | **Total Invoice Balance:** | **$5,500.00** |

3/16/2023                        Reliance Standard Life Insurance Co                        Page 1 of 1

# INVOICE

**Becker Gallagher Legal Publishing, Inc.**

8790 Governors Hill Drive
Suite 102
Cincinnati, OH 45249
(513) 677-5044

|              |                  |
|--------------|------------------|
| Invoice No   | 11-23074         |
| Date         | 10/6/2023        |
| Terms        | Due On Receipt   |

Bill To

Wilson, Elser, Moskowitz, Edelman & Dicker
Joshua Bachrach
Two Commerce Square
2001 Market St., Suite 3100
Philadelphia, PA  19103

 215-606-3906

**U.S. COURT OF APPEALS - 11th Circuit**

<u>23-10309, Levi Goldfarb, et al. v. Reliance Standard Life Ins. Co., COURT ORDERED COPIES</u>

| Quantity | Description | Rate | Amount |
|---------:|-------------|-----:|-------:|
|          | Appellant Base fee, court ordered copies | 125.00 | 125.00 |
| 123      | Pages of Appellant Brief (41 pp. x 3 = 123) | 0.20 | 24.60 |
| 3        | Appellant Binding per book (Spiral) | 5.00 | 15.00 |
|          | Reply Brief Base fee, court ordered copies | 125.00 | 125.00 |
| 63       | Pages of Reply Brief (21 pp. x 3 = 63) | 0.20 | 12.60 |
| 3        | Reply Binding per book (Spiral) | 5.00 | 15.00 |
|          | Appendix Base fee, court ordered copies | 125.00 | 125.00 |
| 1,137    | Pages of Appendix (379 pp. x 3 = 1137) | 0.20 | 227.40 |
| 6        | Appendix Binding per book (Tape) 6 bks | 5.00 | 30.00 |
| 22       | Total Tabs in Appendix | 3.50 | 77.00 |
|          | Handling & certificates ($50/Court; $10/party) | 50.00 | 50.00 |
|          | Postage for filing/service (FedEx, 2day) | 70.95 | 70.95 |
|          | Joshua.Bachrach@wilsonelser.com |  |  |

**Total Amount Due**     **$897.55**